IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRELL ODEN,**<br><br>v.<br><br>**J. REED,**<br><br>Defendant. | Case No. 5:22-cv-06980-BLF<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE TIME** |

Defendant moved to change the time to file her dispositive motion. Having read and considered Defendant's motion for administrative relief to change time and the declaration of Defendant's counsel supporting the motion, and for good cause appearing, Defendant's motion is **GRANTED.**

Defendant may file and serve her dispositive motion by September 26, 2023. Plaintiff will have twenty-eight (28) days after the dispositive motion is filed to file an opposition. Defendant should file a reply within fourteen (14) days.

**IT IS SO ORDERED.**

Dated: June 30, 2023

_____
The Honorable Beth Labson Freeman