UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL ODEN,<br><br>        Plaintiff,<br><br>   v.<br><br>J. REED,<br><br>        Defendant. | Case No. 22-cv-06980 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted her motion for summary judgment. Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: __August 13, 2024_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\06980Oden_judgment